1 Craig A. Moyer (Bar No. CA 94187)
cmoyer@manatt.com
2 Peter R. Duchesneau (Bar No. CA 168917)
pduchesneau@manatt.com
3 MANATT, PHELPS & PHILLIPS, LLP
11355 West Olympic Boulevard
4 Los Angeles, CA 90064-1614
Telephone (310) 312-4000
5 Facsimile (310) 312-4224

6 *Attorneys for Defendant*
KERN OIL & REFINING CO.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, and SAN JOAQUIN VALLEY UNIFIED AIR POLLUTION CONTROL DISTRICT<br><br>Plaintiffs,<br><br>vs.<br><br>KERN OIL & REFINING CO.,<br><br>Defendant. | No. 2:19-CV-02460-KJM-CKD<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>Action Filed: December 9, 2019<br>Complaint served (via waiver of service): December 9, 2019<br>Current response date: February 7, 2020<br>New response date: April 30, 2020<br>Status Conference: April 16, 2020 |

**WHEREAS**, on December 9, 2019, Plaintiffs, the United States of America, by the authority of the Attorney General of the United States and through its undersigned counsel, acting at the request and on behalf of the United States Environmental Protection Agency ("EPA"), and the San Joaquin Valley Unified Air Pollution Control District (collectively, "Plaintiffs") filed its complaint ("Complaint") in this action against defendant Kern Oil & Refining Co. ("Kern Oil");

**WHEREAS**, on December 9, 2019, Plaintiffs lodged a proposed Consent Decree with the Court, setting forth the terms of a settlement reached with Kern Oil;

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

STIPULATION TO EXTEND TIME TO
RESPOND TO INITIAL COMPLAINT
CASE NO. NO. 2:19-CV-02460-KJM-CKD

1     **WHEREAS**, on December 9, 2019, Plaintiffs requested that Kern Oil waive service of the summons pursuant to Rule 4 of the Federal Rules of Civil Procedure and Kern Oil agreed to waive service of the summons;

    **WHEREAS**, it is the policy of the Department of Justice (the "Department") to consent to a proposed judgment in an action to enjoin discharges of pollutants into the environment only after or on condition that an opportunity is afforded persons (natural or corporate) who are not named as parties to the action to comment on the proposed judgment prior to its entry by the Court and to effectuate this policy, each such proposed judgment in an action to enjoin discharges of pollutants into the environment is to be lodged with the court as early as feasible but at least 30 days before the judgment is entered by the court (28 CFR § 50.7);

    **WHEREAS**, on December 16, 2019, the Department published a notice on the lodging of the proposed Consent Decree in the Federal Register (84 Fed. Reg. 68490);

    **WHEREAS**, the period of review for public comment on the proposed Consent Decree ended on January 15, 2020, and no objections to the proposed Consent Decree or other responses were received by the Department;

    **WHEREAS**, the United States intends to file a request with the Court to approve and enter the proposed Consent Decree;

    **WHEREAS**, the initial time for Kern Oil to file a responsive pleading to the Complaint is February 7, 2020;

    **WHEREAS**, in light of the parties' entering into the Proposed Consent Decree and a forthcoming request for the Court to approve and enter the Proposed Consent Decree;

    **WHEREAS**, the Court's Order of December 10, 2019, requires that no stipulations extending scheduling requirements or modifying applicable rules are effective until and unless the court approves them;

    **WHEREAS**, the parties have not previously extended the time to respond to the Complaint;

    **WHEREAS**, in the interests of efficiency and judicial economy, the parties wish to preserve costs incurred in this matter;

**NOW, THEREFORE, IT IS HEREBY STIPULATED,** by and between Plaintiffs and Kern Oil, through their respective counsel of record, that the time for Kern Oil to respond to the Complaint is extended until April 30, 2020.

Respectfully submitted,

Dated: February 3, 2020     UNITED STATES OF AMERICA

By: /s/ LORI JONAS (as authorized on February 3, 2020)
LORI JONAS
Assistant Section Chief
Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, DC 20044-7611
(202) 514-4080
lori.jonas@usdoj.gov

Dated: February 3, 2020     UNITED STATES OF AMERICA

By: /s/ MATTHEW R. BELZ (as authorized on February 3, 2020)
MATTHEW R. BELZ
Assistant United States Attorney
United States Attorney's Office
Robert T. Matsui United States Courthouse
501 I Street, Suite 10-100
Sacramento, CA 95814-2322
(916) 554-2758
Matthew.Belz@usdoj.gov

| | | | |
|---|---|---|---|
| 1 | Dated: | February 3, 2020 | SAN JOAQUIN VALLEY UNIFIED AIR POLLUTION CONTROL DISTRICT |

Dated: February 3, 2020  SAN JOAQUIN VALLEY UNIFIED AIR POLLUTION CONTROL DISTRICT

By: /s/ Annette Ballatore-Williamson (as authorized on February 3, 2020)
Annette Ballatore-Williamson
District Counsel
San Joaquin Valley Unified Air Pollution Control District
1990 East Gettysburg Avenue
Fresno, CA 93726
(559) 230-6033
annette.ballatore@valleyair.org

Dated: February 3, 2020  KERN OIL & REFINING, CO.

By: /s/ Peter R. Duchesneau
Peter R. Duchesneau
Manatt, Phelps & Phillips, LLP
11355 West Olympic Blvd
Los Angeles, Ca 90064-1614
(310) 312-4000
pduchesneau@manatt.com

**ORDER**

IT IS SO ORDERED.

DATED: February 7, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE

325751465.3

Manatt, Phelps &
Phillips, LLP
Attorneys At Law
Los Angeles

5

STIPULATION TO EXTEND TIME TO
RESPOND TO INITIAL COMPLAINT
CASE NO. NO. 2:19-CV-02460-KJM-CKD