UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA et al., | No. 2:19-cv-02460-KJM-CKD |
| Plaintiff, | |
| v. | ORDER |
| KERN OIL AND REFINING CO., | |
| Defendant. | |

Each of the parties in the above-captioned case has filed a "Consent to Proceed Before a United States Magistrate Judge." *See* 28 U.S.C. §636(a)(5) and (c). According to E.D. Cal. R. 305, both the district court judge assigned to the case and the magistrate judge must approve the reference to the magistrate judge.

The undersigned has reviewed the file herein and recommends that the above-captioned case be reassigned and referred to the magistrate judge for all further proceedings and entry of final judgment.

IT IS HEREBY ORDERED that the Clerk of the Court reassign this case to Magistrate Judge Carolyn K. Delaney. The parties shall please take note that all documents hereafter filed with the Clerk of the Court shall bear Case No. 2:19-cv-02460-CKD. All currently scheduled dates presently set before Judge Mueller are hereby VACATED.

/////

IT IS SO ORDERED.

DATED: February 7, 2020

_____
CHIEF UNITED STATES DISTRICT JUDGE

Having also reviewed the file, I accept reference of this case for all further proceedings and entry of final judgment.

Dated: February 10, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

16.2460.kern

2