LORI JONAS
Assistant Section Chief
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 7611, Ben Franklin Station
Washington, DC 20044-7611
Telephone: (202) 514-4080
McGREGOR W. SCOTT
United States Attorney
MATTHEW R. BELZ
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814-2322
Telephone: (916) 554-2758
Attorneys for Plaintiff United States of America

ANNETTE BALLATORE-WILLIAMSON
District Counsel (CA State Bar No. 192176)
San Joaquin Valley Unified Air Pollution Control District
1990 East Gettysburg Avenue
Fresno, California 93726
Telephone: (559) 230-6033

Attorney for Plaintiff San Joaquin Valley Unified Air Pollution Control District

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, and SAN JOAQUIN VALLEY UNIFIED AIR POLLUTION CONTROL DISTRICT<br><br>Plaintiffs,<br><br>v.<br><br>KERN OIL & REFINING CO.,<br><br>Defendant. | No. 2:19-CV-02460-CKD<br><br>ORDER GRANTING UNOPPOSED MOTION TO ENTER CONSENT DECREE |

**ORDER GRANTING UNOPPOSED**

**MOTION TO ENTER CONSENT DECREE**

United States, et al., v. Kern Oil & Refining Co.
[Proposed] Order Granting Motion to Enter Consent Decree

| | |
|---|---|
| 1 | Upon consideration of the United States' Unopposed Motion to Enter Consent Decree |
| 2 | [Docket No. 14], it is hereby ORDERED as follows: |
| 3 | The Court, finding that the proposed Consent Decree [lodged with the Court at Docket |
| 4 | Number 2] is fair, reasonable, and consistent with the objectives of the Clean Air Act, 42 U.S.C. |
| 5 | §§ 7401 *et. seq.*, and the Emergency Planning and Community Right-to-Know Act, 42 U.S.C. §§ |
| 6 | 11001 *et. seq.*, hereby ENTERS and APPROVES the Consent Decree, and will affix its signature |
| 7 | to page 41 of the Consent Decree. |

Dated: March 19, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

16.2460.kern

United States, et al., v. Kern Oil & Refining Co.
[Proposed] Order Granting Motion to Enter Consent Decree